AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

**3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company)**
3M Center, Building 225-1S-23
St. Paul Minnesota 55144

Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com


**AGC CHEMICALS AMERICAS, INC.**
5 East Uwchlan Avenue, Suite 201
Exton, PA 19341

Service via email: agccaservice@crowell.com


**AMEREX CORPORATION**
7595 Gadsden Highway
Trussville, Alabama 35173.

Service via email: lkerrigan@kmcllaw.com *and* MTrevino@nexsenpruet.com


**ARCHROMA U.S., INC.**
5435 77 Center Dr., #10
Charlotte, North Carolina 28217

Service via email: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; *and* janicestafford@parkerpoe.com


**ARKEMA INC.**
900 First Avenue
King of Prussia, PA 19406

Service via email: AFFFArkemaService@sidley.com


**BASF CORPORATION**
100 Park Avenue
Florham Park, New Jersey 07932

Service via email: BASF-AFFF-Service@dlapiper.com

1

**BUCKEYE FIRE EQUIPMENT COMPANY**
110 Kings Road
Kings Mountain, North Carolina 28086

Service via email: mcarpenter@gastonlegal.com and msingleton@gastonlegal.com

**CARRIER GLOBAL CORPORATION**
13995 Pasteur Boulevard
Palm Beach Gardens, Florida 33418

Service via email: KiddeDefendantsAFFF@daypitney.com

**CHEMDESIGN PRODUCTS, INC.**
2 Stanton Street
Marinette, Wisconsin 54143

Service via email: CDPI-AFFFMDLService@grsm.com

**CHEMGUARD, INC.**
One Stanton Street
Marinette, Wisconsin 54143

Service via email: mdlafff@jci.com *and* afffservice@wc.com

**CHUBB FIRE, LTD.**
Littleton Road, Ashford,
Middlesex, United Kingdom TW15 1TZ

Service via email: Chubb_Service_AFFFMDL@bclplaw.com

**CLARIANT CORPORATION**
4000 Monroe Road
Charlotte, North Carolina 28205

Service via email: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; *and* janicestafford@parkerpoe.com

2

**CORTEVA, INC.**
974 Centre Road
Wilmington, Delaware 19805

Service via email: AFFFservice@bartlitbeck.com

**DUPONT DE NEMOURS INC. (f/k/a DOWDUPONT, INC.)**
974 Centre Road
Wilmington, Delaware 19805

Service via email: AFFFservice@bartlitbeck.com

**DYNAX CORPORATION**
103 Fairview Park Drive
Elmsford, New York 10523-1544

Service via email: DynaxService@smithlaw.com

**E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise**
974 Centre Road
Wilmington, Delaware 19805

Service via email: DBDWERLKOTTE@shb.com, *and* jhackman@shb.com, *and* sdrum@shb.com

**KIDDE PLC**
One Carrier Place
Farmington, Connecticut 06034

Service via email: KiddeDefendantsAFFF@daypitney.com

**NATIONAL FOAM, INC.**
141 Junny Road,
Angier, North Carolina 27501

Service via email: NationalFoam_Service_of_Process@gtlaw.com

3

**RAYTHEON TECHNOLOGIES CORPORATION**
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise**
1007 Market Street
Wilmington, Delaware 19889

Service via email: DBDWERLKOTTE@shb.com, *and* jhackman@shb.com, *and* sdrum@shb.com

**THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise**
1007 Market Street
Wilmington, Delaware 19889

Service via email: DBDWERLKOTTE@shb.com, *and* jhackman@shb.com, *and* sdrum@shb.com

**TYCO FIRE PRODUCTS L.P.**
1400 Pennbrook Parkway
Landsdale, Pennsylvania 19446

Service via email: mdlafff@jci.com *and* afffservice@wc.com

**UNITED TECHNOLOGIES CORPORATION**
8 Farm Springs Road
Farmington, Connecticut 06032

Service via email: KiddeDefendantsAFFF@daypitney.com

**UTC FIRE & SECURITY AMERICAS CORPORATION, INC.**
13995 Pasteur Blvd.
Palm Beach Gardens, Florida 33418

Service via email: KiddeDefendantsAFFF@daypitney.com

4